AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

Bullock et al  UNSEALED

**WARRANT FOR ARREST**

FILED
U.S. DISTRICT COURT
2009 JUN 15 P 2:03
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

CASE NUMBER: 2:08-cr-00631-002 TC

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **TAMMY SHUMWAY**
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information
☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**ARCHAEOLOGICAL RESOURCE PROTECTION ACT Trafficking in Stolen Artifacts, Aiding and Abetting and PUBLIC MONEY, PROPERTY OR RECORDS/Fofeiture and Aiding and Abetting**

in violation of  16:470ee,18:2 and 18:641                                                       United States Code.

D. Mark Jones                           Clerk of Court
Name of Issuing Officer                 Title of Issuing Officer

[signature]                             May 28, 2009 at Salt Lake City, Utah
Signature of Issuing Officer            Date and Location

By: Jennifer Richards
    Deputy Clerk

Bail fixed _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/28/09 | D. M. Dush | D. [signature] |
| DATE OF ARREST | | |
| 6/11/09 | | |