# United States District Court

**UNSEALED**

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Brent Bullock, et al.**

FILED
U.S. DISTRICT COURT
2009 JUN 15 P 2:03
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## SEALED WARRANT FOR ARREST

**CASE NUMBER: 2:08-CR-00631-002 TC**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TAMMY SHUMWAY**
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Trafficking in Stolen Artifacts; Aiding and Abetting**

in violation of **16:470ee; 18:2** United States Code.

D. Mark Jones
Name of Issuing Officer

Signature of Issuing Officer

By: Aimee Trujillo
Deputy Clerk

Clerk of Court
Title of Issuing Officer

September 17, 2008 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 5/28/09 | NAME AND TITLE OF ARRESTING OFFICER D. M. Dosn | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 6/11/09 | | |