FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 17 2009

BRETT L. TOLMAN, United States Attorney (#8821)   D. MARK JONES, CLERK
CARLIE CHRISTENSEN, Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)   DEPUTY CLERK
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:08-CR-00631 |
| Plaintiff, | | |
| | : | WAIVER OF RIGHTS UNDER |
| vs. | | INTERSTATE AGREEMENT ON |
| | : | DETAINER |
| TAMMY SHUMWAY, | | |
| | : | MAGISTRATE JUDGE |
| Defendant. | | SAMUEL ALBA |

Defendant TAMMY SHUMWAY, both personally and through her undersigned

attorney, in connection with her request that she be returned pending further

proceedings in the above entitled case to her previous place of incarceration, i.e.,Grand

County Jail, under the authority of the State of Utah, does hereby freely and voluntarily

waive, renounce, and abjure any right or claim which she may or might otherwise have

to remain in the custody of the United States Marshal for this District, pursuant to any

requirements of the Interstate Agreement on Detainers (Public Law 91-538, 84 Stat.

1397 18 U.S.C. Appendix), and without limiting the foregoing waiver does further freely

and voluntarily waive, renounce and abjure any right or claim which she may or might otherwise have under the provisions of Article IV(e) of said Agreement, to dismissal of the above-entitled case with prejudice by reason of his return to his previous place of incarceration prior to the completion of sentencing in the above-entitled case.

DATED this __11__ day of __June__, 2009.


Tammy Shumway,
Defendant


Attorney for Defendant


Richard D. McKelvie
Assistant United States Attorney