CARLIE CHRISTENSEN, Acting United States Attorney (#633)
RICHARD D. McKELVIE, Assistant United States Attorney(#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6925

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:08-CR-00631-002 |
| Plaintiff, | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| vs. | : | U.S.S.G. § 6A1.2, DUCrimR 32-1 |
| TAMMY SHUMWAY | : | |
| Defendant. | : | Judge Dale A. Kimball |
| | : | |

---

The United States of America, by and through the undersigned Assistant United States Attorney, and  pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is

//

//

//

unaware of any matters disputed between the government and the defendant with respect to such report. The United States has no objection to the Presentence Report.

DATED this 22th day of June, 2010.

          CARLIE CHRISTENSEN
          Acting United States Attorney

          */S/ Richard D. McKelvie*
          _____
          RICHARD D. MCKELVIE
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Position of the United States with Respect to Sentencing Factors was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this 22 day of June, 2010.

G. Fred Metos
10 West Broadway, Suite 650
Salt Lake City, Utah 84101

U.S. Probation Officer
Lorrie A. Ryther

/S/ Kris Osmond
_____
Legal Assistant