G. FRED METOS - 2250
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah  84101
Telephone:  (801) 364-6474
Facsimile:  (801) 364-5014

---

## IN THE UNITED STATES DISTRICT COURT IN AND FOR
## THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **AMENDED MOTION FOR** |
| **Plaintiff,** | | **PAYMENT OF TRANSPORTATION** |
| | : | **EXPENSES FOR DEFENDANT** |
| **v.** | | **PURSUANT TO 18 U.S.C. § 4285** |
| | : | |
| **TAMMY SHUMWAY,** | : | **Case No.  2:08 CR 631** |
| | : | |
| **Defendant.** | : | |

---

The defendant, Tammy Shumway, by and through her attorney of record, G. Fred Metos, hereby moves the Court for an Order requiring the U.S. Marshal's office to provide transportation pursuant to 18 U.S.C. § 4285 for the defendant to travel from Salt Lake City, Utah, to Ratcliff, Arkansas on July 9, 2010.  The transportation is to allow her to return home from her sentencing hearing held on July 7, 2010.  The court has previously ordered that the Marshall's service provide that  transportation on July 8, 2010.  However, due to the fact that she is staying in Logan, Utah, the defendant was unable to make the flight that was arranged.

DATED this 18th day of July, 2010.

_____
G. FRED METOS
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

       I certify that a true and correct copy of the foregoing was mailed/hand delivered on this 18th day of July, 2010, to:

Cy Castle
U.S. Attorney's Office
185 South State Street, #300
Salt Lake City, Utah 84111

Carlie Christensen
U.S. Attorney's Office
185 South State Street, #300
Salt Lake City, Utah 84111

Benjamin Hamilton
Federal Defenders Office
46 West Broadway
Salt Lake City, Utah 84101

Richard McKelvie
U.S. Attorney's Office
185 South State Street, #300
Salt Lake City, Utah 84111

_____