toG. FRED METOS - 2250
Attorney for Defendant
10 West Broadway, Suite 650
Salt Lake City, Utah  84101
Telephone:  (801) 364-6474
Facsimile:  (801) 364-5014

---

### IN THE UNITED STATES DISTRICT COURT IN AND FOR
### THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | AMENDED FINDINGS AND ORDER FOR PAYMENT OF TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285 |
| v. | : | |
| | : | |
| TAMMY SHUMWAY, | | Case No.  2:08 CR 631 |
| Defendant. | : | |

---

### FINDINGS

1. The court previously entered an order requiring the United States Marshalls Service to provide transportation for the defendant for her sentencing hearing held on July 7, 2010.

2. The defendant, Tammy Shumway, is indigent.

3. The defendant is financially unable to afford the costs of transportation for travel to her residence in Ratcliff, Arkansas from Salt Lake City, Utah, after that sentencing hearing.

4. Flight arrangements could not be made that the defendant could make in accordance with the previous order entered by the court.

Based on the foregoing findings:

It is hereby ORDERED:

1. That the U.S. Marshal shall arrange for non-custodial transportation to Ratcliff, Arkansas, on July 9, 2010, from Salt Lake City, Utah.

2. That the U.S. Marshal's Service furnish the defendant with the transportation on that date.

DATED this 8th day of July, 2010.

_____
HONORABLE DALE S. KIMBALL
United States District Court Judge

CERTIFICATE OF SERVICES

       I hereby certify that on this 30th day of July, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

**Cy H. Castle**
cy.castle@usdoj.gov,steven.morley@usdoj.gov,stephanie.reinhart@usdoj.gov,ester.nuttall@usdoj.gov,jessica.christensen2@usdoj.gov,heather.nielson@usdoj.gov

**Carlie Christensen**
Carlie.Christensen@usdoj.gov,chris.allred@usdoj.gov

**Benjamin A. Hamilton**
ben_hamilton@fd.org,sheri_hansen@fd.org

**Richard D. McKelvie**
richard.mckelvie@usdoj.gov,kristine.osmond@usdoj.gov

                                        s/ Suzanna Moore
                                        _____